# United States Court of Appeals

## For the Eighth Circuit

_____

No. 17-2691

_____

United States of America

*Plaintiff - Appellee*

v.

Coleman Carpenter

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: June 11, 2018
Filed: June 22, 2018
[Unpublished]

_____

Before WOLLMAN, KELLY, and STRAS, Circuit Judges.

_____

PER CURIAM.

That portion of the district court's amended judgment which awarded Bunge North America $74,453.89 in legal fees and costs is vacated. The case is remanded to the district court for reconsideration of that award in light of the United States Supreme Court's decision in Lagos v. United States, 138 S. Ct. 1684 (2018).

_____